**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-0983

R.T. Talley

- - Versus - -

Louisiana Department of Transportation and Development

19th Judicial District Court
Case #: 554579
East Baton Rouge Parish

On Application for Rehearing filed on 03/10/2023 by R. T. Talley

Rehearing _____ **DENIED** _____

Jewel E. "Duke" Welch Jr.

Allison H. Penzato

Walter I. Lanier III

Date **MAR 1 4 2023**

Rodd Naquin, Clerk